DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIZELLA FEHERVARY,**
Appellant,

v.

**DESOTO PARK ASSOCIATION, INC.,**
Appellee.

No. 4D2024-3329

[February 26, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Elizabeth Fahnestock, Judge; L.T. Case No. 062023CA021385AXXXCE.

Gizella Fehervary, Hallandale, pro se.

Michael L. Cotzen of Cotzen Law, P.A., Aventura, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***